RELATOR   <u>JOE ADAM RAMIREZ</u>            APPLICATION NO. <u>WR-27,392-18</u>

# APPLICATION FOR WRIT OF MANDAMUS

## ACTION TAKEN

**MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER.**

_____       8/5/15
JUDGE                                                             DATE